UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randolph Chambers

v.                                          Case No. 08-cv-323-PB

NH State Prison Warden

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated October 23, 2008, no objection having been filed.

SO ORDERED.

December  4, 2008                    /s/ Paul Barbadoro
                                     Paul Barbadoro
                                     United States District Judge

cc:    Randolph Chambers, Pro Se